JOEL E. TASCA, ESQ.
Nevada Bar No. 14124
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:        joel.tasca@gtlaw.com
*Counsel for Defendants A.R.I. Agent, LLC*
*and A.R.I. Senior Secured Growth Credit Fund, LP*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNE MERRIMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>A.R.I. AGENT, LLC, a Delaware limited liability company; and A.R.I. SENIOR SECURED GROWTH CREDIT FUND, LP, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants,<br><br>LIGHTS OUT XF, INC., a Delaware corporation, and LIGHTS OUT ENTERPRISES, INC., a California corporation,<br><br>Nominal Defendants. | CASE NO. 2:26-cv-00171-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Shawne Merriman ("Plaintiff") and Defendants A.R.I. Agent, LLC and A.R.I. Senior Secured Growth Credit Fund, LP (collectively, "Defendants"), by and through their respective undersigned counsel, stipulate to extend the time for Defendants to respond to the complaint by seven days until March 2, 2026.

**I.        RELEVANT PROCEDURAL BACKGROUND**

Plaintiff filed his complaint in state court on January 22, 2026.  Before being served with the complaint, Defendants removed this action to federal court on January 26, 2026.  On February

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
Telephone: (702) 792-3773   Facsimile: (702) 792-9002

2, 2026, Defendants agreed to waive formal service by permitting counsel to accept service on their behalf. Pursuant to Federal Rule of Civil Procedure 81(c), the deadline to respond to Plaintiff's complaint is February 23, 2026. The Parties are seeking to extend the time to respond by seven days up to and including March 2, 2026.

## II.   REASONS FOR EXTENSION OF TIME

Counsel for Defendant requires an extra seven days to more fully discuss the allegations in the complaint with Defendants. Counsel also has other pressing deadlines in the coming weeks, and an extension would ensure that Defendant's response to the complaint was thoughtful and comprehensive. This is the Parties' first request for an extension of this deadline and it is not intended to cause any delay or prejudice to any party.

Based on the foregoing, the Parties stipulate and agree that the deadline to file a response to the complaint be extended from February 23, 2026, to March 2, 2026.

**IT IS SO STIPULATED.**

DATED this 3rd day of February 2026.

**GOODMAN LAW GROUP, P.C.**

/s/Ross C. Goodman
Ross C. Goodman (NV Bar No. 7722)
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101

*Attorney for Plaintiff Shawne Merriman*

**GREENBERG TRAURIG, LLP**

/s/ Joel E. Tasca
Joel E. Tasca (NV Bar No. 14124)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendants A.R.I. Agent, LLC and A.R.I. Senior Secured Growth Credit Fund, LP*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Date:   February 3, 2026

2