**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWNE MERRIMAN, | Case No.: 2:26-cv-00171-APG-EJY |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| A.R.I. AGENT, LLC, et al., | |
| Defendants | |

I ORDER that plaintiff Shawne Merriman's certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by February 26, 2026.

DATED this 13th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE