**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWNE MERRIMAN, | Case No.: 2:26-cv-00171-APG-EJY |
| Plaintiff | **Order Remanding Case** |
| v. | [ECF No. 11] |
| A.R.I. AGENT, LLC, et al., | |
| Defendants | |

The defendants move to remand this case to state court because they cannot meet their burden to show diversity jurisdiction exists, as defendant A.R.I. Agent, LLC refuses to identify its members and their citizenship. Plaintiff Shawne Merriman agrees to remand but seeks attorney's fees for the improper removal. I grant the defendants' motion to remand. Because of the pending motion for a temporary restraining order, I do so immediately. I will address the plaintiff's request for fees after briefing is complete. *See Moore v. Permanente Med. Grp., Inc.*, 981 F.2d 443, 445 (9th Cir. 1992) (stating that "an award of attorney's fees is a collateral matter over which a court normally retains jurisdiction even after being divested of jurisdiction on the merits"). Thus, I advise the defendants that even though I am remanding this case, they must respond to the plaintiff's request for fees if they seek to oppose a fee award.

I THEREFORE ORDER that this case is remanded to the court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 17th day of February, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE